■ In the Matter of ANTHONY F. LEONARDO, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [723 NYS2d 906] —Order of suspension entered pursuant to 22 NYCRR 1022.20 (d). Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed Apr. 12, 2001.)